UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

0:11-cv-61733-KAM

ACCESS FOR THE DISABLED, INC., and
DENISE PAYNE,

    Plaintiffs,

vs.

VL WEST BUILDING CORP., d/b/a
RAMADA PLAZA RESORTS,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs provide this Notice of Settlement, and states that Plaintiffs and Defendant, VL WEST BUILDING CORP., have reached an agreement as to the resolution of all claims against them, and anticipate submission of a joint stipulation of dismissal to the Court for approval within 20 days.

WHEREFORE, Plaintiffs provides this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

[*signature and certificate on following page*]

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of foregoing was furnished to all counsel or parties of record on the attached Service List by Facsimile and E-Mail this 27th day of February 2012.

    Respectfully submitted,

By:    /s/ Daniel B. Reinfeld
        DANIEL B. REINFELD, ESQ.
        Florida Bar No.: 174815
        DILL & REINFELD, PLLC
        Attorneys for Plaintiff
        Wells Fargo Financial Center
        1909 Tyler Street, Suite 405
        Hollywood, FL 33020
        Telephone: (954) 494-4131
        Facsimile: (954) 628-5054
        E-Mail: dan@reinfeldlaw.com

**ACCESS FOR THE DISABLED, INC., vs. VL WEST BUILDING CORP.**
**Case 0:11-cv-61733-KAM**
**Service List**

MYRNA LIZZ MAYSONET
GREENSPOON MARDER, P.A.
201 East Pine Street
Capital Plaza I, Suite 500
Orlando, FL 32801
407-425-6559
Fax: 407-563-9661
Email: myrna.maysonet@gmlaw.com