UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61733-CIV-MARRA

ACCESS FOR THE DISABLED, INC., and
DENISE PAYNE,

    Plaintiffs,

vs.

VL WEST BUILDING CORP., d/b/a
RAMADA PLAZA RESORTS,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Stipulation for Settlement and Voluntary Dismissal of Case with Prejudice (DE 29), filed March 2, 2012.  The Court has reviewed the Stipulation, the pertinent portions of the record, and is otherwise advised in the premises.  In accordance with the parties' Stipulation, it is **ORDERED AND ADJUDGED** as follows:

1.     The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

2.     The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

3.     As per the Stipulation, each party is to bear its own attorney's fees and costs except as otherwise agreed by the parties.

4.     All pending motions are **DENIED AS MOOT.**

5. The Clerk shall **CLOSE THIS CASE.**

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 2nd day of March, 2012.

                                                KENNETH A. MARRA
                                                United States District Judge

Copies furnished to:
All counsel of record